UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS DARREN MALATARE,<br><br>    Defendant. | CR-23-80-GF-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court provide meals for the jurors during their deliberations in the above-entitled case.

DATED 19th day of September, 2024.

_____
Brian Morris, Chief District Judge
United State District Court