# INSTRUCTION NO. 30

Coordinated Universal Time, abbreviated as UTC, is the primary time standard by which the world regulates clocks and time. Local time in Montana is seven hours behind the UTC during standard time but six hours behind the UTC during observance of daylight savings time. You may, but are not required, to accept this fact as proven.