# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA

**UNITED STATES OF AMERICA,**
**Plaintiff,**
**vs.**
**DOUGLAS DARREN MALATARE,**

Defendant.

**CR 23-80-GF-BMM**

**UNITED STATES' EXHIBIT LIST**

| PRESIDING JUDGE: | PLAINTIFF'S ATTORNEY(S): | DEFENDANT'S ATTORNEY(S): |
|---|---|---|
| **Hon. Brian M. Morris** | **AUSA Kalah Paisley**<br>**AUSA Jeffrey Starnes** | **Elizabeth Musick**<br>**Paul Gallardo** |
| TRIAL DATE(S): **September 17, 2024** | COURT REPORTER: **Yvette Heinz** | COURTROOM DEPUTY: |

| EX # | DATE ADMITTED | DESCRIPTION OF EXHIBIT | WITNESS | STIPULATED ADMISSIBLE | STIPULATED FOUNDATION | STIPULATED AUTHENTIC |
|---|---|---|---|---|---|---|
| 1 | 9/17 | Photo – victim deceased | | | | |
| 2 | 9/17 | Photo – victim in bathtub | | | | |
| 3 | 9/17 | Photo – victim nightstand | | | | |
| 4 | 9/17 | Photo – victim nightstand (close) | | | | |
| 5 | 9/17 | BLES bodycam – death investigation | | | | |
| 6 | - | Malatare Text Message Exchange | | | | |

| EX # | DATE ADMITTED | DESCRIPTION OF EXHIBIT | WITNESS | STIPULATED ADMISSIBLE | STIPULATED FOUNDATION | STIPULATED AUTHENTIC |
|---|---|---|---|---|---|---|
| 7 | 9/17 | BLES bodycam – December traffic stop (initial) | | | | |
| 8 | 9/17 | BLES bodycam – traffic stop (K-9 alert) | | | | |
| 9 | 9/17 | BLES bodycam – traffic stop (Pendleton) | | | | |
| 10 | 9/17 | BLES bodycam – traffic stop (fentanyl in pack) | | | | |
| 11 | 9/17 | Photo – multi-color fentanyl pills in back seat | | | | |
| 12 | 9/17 | Photo – multi-color fentanyl up close | | | | |
| 13 | 9/17 | Photo – digital scale | | | | |
| 14 | 9/17 | Photo – roll of currency 1 | | | | |
| 15 | 9/17 | Photo – roll of currency 2 | | | | |
| 16 | 9/17 | Photo – list of names | | | | |
| 17 | 9/17 | Photo – items from car | | | | |
| 18 | 9/17 | Photo – blue and white pills | | | | |
| 19 | 9/17 | Photo – all currency | | | | |
| 20 | 9/17 | Photo – all pills | | | | |
| 21 | 9/17 | Photo – car in garage | | | | |
| 22 | 9/17 | DEA report – multi-color fentanyl pills | | | | |
| 23 | 9/17 | DEA report – blue and white pills | | | | |
| 24 | 9/17 | DEA report – blue fentanyl residue | | | | |
| 25 | 9/17 | John Doe toxicology report | | | | |
| 26 | 9/17 | John Doe autopsy report | | | | |

| EX # | DATE ADMITTED | DESCRIPTION OF EXHIBIT | WITNESS | STIPULATED ADMISSIBLE | STIPULATED FOUNDATION | STIPULATED AUTHENTIC |
|---|---|---|---|---|---|---|
| 27 | 9/18 | iPhone text messages screenshots with dealer | | | | |
| 28 | - | | | | | |
| 29 | - | | | | | |
| 30 | 9/18 | Redacted – phone extract (drug sale) | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |