
GOVERNMENT
EXHIBIT
1
CR 23-80-GF-BMM


GOVERNMENT
EXHIBIT
2
CR 23-80-GF-BMM




GOVERNMENT EXHIBIT
4
CR 23-80-GF-BMM




GOVERNMENT EXHIBIT
3
CR 23-80-GF-BMM

## Participants

+14064700700
Malitare Doug *

## Conversation - SMS Messages (15)

+14064700700 Malitare Doug
I got a job with housing, on day 4 now. Cleaning remodeled houses.
11/14/2022 18:22:21(UTC+0)

+14064700700 Malitare Doug
Cool
11/14/2022 19:10:56(UTC+0)

+14064700700 Malitare Doug
Did you make it home?
11/17/2022 17:19:07(UTC+0)

+14064700700 Malitare Doug
About 3.5 hour's
11/17/2022 17:51:58(UTC+0)

+14064700700 Malitare Doug
I went through another dental surgery yesterday in Kalispell. My big face is sure sore. They gave me Tab 5 but they don't work very long. Text me when you get home.
11/17/2022 17:59:58(UTC+0)

+14064700700 Malitare Doug
Ok
11/17/2022 18:01:54(UTC+0)

+14064700700 Malitare Doug
Are you home
11/18/2022 21:50:10(UTC+0)

+14064700700 Malitare Doug
Taking shit just now lol
11/18/2022 21:54:55(UTC+0)

GOVERNMENT EXHIBIT
6
CR 23-80-GF-BMM

+14064700700 Malitare Doug

What name are you giving our baby?

11/18/2022 21:56:02(UTC+0)

+14064700700 Malitare Doug

Catch up with you lil bit bro, you looking

11/18/2022 23:56:30(UTC+0)

+14064700700 Malitare Doug

Yeah I'll be home. Just got off work. I can only afford a half if you can stop by.

11/19/2022 00:06:26(UTC+0)

+14064700700 Malitare Doug

Watch for me

11/19/2022 00:26:39(UTC+0)

+14064700700 Malitare Doug

Ok

11/19/2022 00:32:44(UTC+0)

+14064700700 Malitare Doug

How you doing bro

11/19/2022 00:59:48(UTC+0)

+14064700700 Malitare Doug

Hello bro

11/19/2022 05:25:08(UTC+0)


2
GOVERNMENT EXHIBIT
11
CR 23-80-GF-BMM
12.17.2022 07:16


GOVERNMENT
EXHIBIT
12
CR 23-80-GF-BMM
12.17.2022 07:18


Thank you for purchasing our pocket scale. Please read all operating instructions carefully before use. This electronic scale is a precision instrument. With normal care and proper treatment, it will provide years of reliable service. Please use only high quality AAA batteries.
I. Operation
Place Scale on a horizontal flat surface
1. Press ON/OFF key.
2. Wait until [0.0] is displayed
3. Put the object(s) on the weighing platform
4. Using the MODE key, you can switch between the units
II. Tare Weighing
1.Turn on scale as described above
2.Place he "tare item" on the platform
3.Press TARE and wait until [0.0] is displayed
4.Add the "net-weight-item".
III.CALIBRATION
Turn the scale on by pressing the ON/OFF key, wait for the display to show "0.00g", then press and hold the MODE key until the display shows "200.00", please press the MODE key again, the display will flash "CAL". Place place the required calibration weight on the center of the platform. The display will show "PASS" then return to normal weighing mode. Calibration is complete!
Repeat the process if something was going wrong.
Please check the availability of weights at the store you bought your scale from.
0.0
Capacity:1000g
Graduation:0.1g
MODE
ON OFF
TARE
3
3
GOVERNMENT EXHIBIT
13
CR 23-80-GF-BMM
12.17.2022 07:29


4
4
GOVERNMENT
EXHIBIT
14
CR 23-80-GF-BMM
12.17.2022 07:30


5
5
GOVERNMENT
EXHIBIT
15
CR 23-80-GF-BMM
12.17.2022 07:31


Shane Bird
Katrina Homegun
Stevie Homegun
Sylis North Piegan
Rocky Shell SR
Ricky Dale Monroe
Lucus Bird (Shanes son)
Purity Jones
Briona Red Head - heard names from Lucus
GOVERNMENT EXHIBIT
16
CR 23-80-GF-BMM
12.17.2022 07:31


GOVERNMENT
EXHIBIT
17
CR 23-80-GF-BMM
12.17.2022 07:51


GOVERNMENT
EXHIBIT
18
CR 23-80-GF-BMM
12.17.2022 07:51


GOVERNMENT
EXHIBIT
19
CR 23-80-GF-BMM
12.17.2022 07:51


GOVERNMENT
EXHIBIT
20
CR 23-80-GF-BMM
12.17.2022 07:51


STOP
3M
3M
GOVERNMENT
EXHIBIT
21
CR 23-80-GF-BMM
12.17.2022 05:51

**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

FBI - Billings Office
2929 3rd Ave. North, Suite 400
Billings, MT 59101-1944

**Case Number:** 198E-SU-3697351
**LIMS Number:** 2023-SFL7-01551

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1B1 | N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl) | 52.574 g ± 0.003 g | ---- | ---- |
| 1B1 | Acetaminophen | | ---- | ---- |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total dosage unit count = 476 tablets (net); 470 tablets (reserve).

## Exhibit Details:

**Date Accepted by Laboratory:** 03/24/2023 **Gross Weight:** 121.8 g **Date Received by Examiner:** 04/12/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1B1 | 476 | Plastic Bag | Tablet | 51.929 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

Fentanyl identified in 9 unit(s) tested of 476 unit(s) received indicating, to at least a 95% level of confidence, that at least 70% of the units in the population contain the substance(s). Acetaminophen also identified in the exhibit.

| Exhibit | Summary of Test(s) |
|---|---|
| 1B1 | Gas Chromatography/Mass Spectrometry, Immunoassay Test |

GOVERNMENT EXHIBIT
22
CR 23-80-GF-BMM

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Jarrett J. Farias, Forensic Chemist **Date:** 04/14/2023
**Approved By:** /S/ Suk I. Fullbright, Senior Forensic Chemist **Date:** 04/17/2023

**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

FBI - Billings Office
2929 3rd Ave. North, Suite 400
Billings, MT 59101-1944

**Case Number:** 198E-SU-3697351
**LIMS Number:** 2023-SFL7-01553

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1B3 | N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl) | 18.2 g ± 0.2 g | ---- | ---- |
| 1B3 | Acetaminophen | | ---- | ---- |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total dosage unit count = 173 tablets (net); 168 tablets (reserve).

## Exhibit Details:

**Date Accepted by Laboratory:** 03/24/2023 **Gross Weight:** 90.0 g **Date Received by Examiner:** 04/03/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1B3 | 173 | Plastic Bag | Tablet | 17.6 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

Fentanyl identified in 9 unit(s) tested of 173 unit(s) received indicating, to at least a 95% level of confidence, that at least 70% of the units in the population contain the substance(s). Acetaminophen also identified in the exhibit.

| Exhibit | Summary of Test(s) |
|---|---|
| 1B3 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Immunoassay Test |

GOVERNMENT EXHIBIT 23
CR 23-80-GF-BMM

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Shana M. Irby, Senior Forensic Chemist **Date:** 04/06/2023
**Approved By:** /S/ Radhiyah Himawan, Forensic Chemist **Date:** 04/11/2023

**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Missoula Post of Duty
2801 Great Northern Loop, Suite 201
Missoula, MT 59808

**Case Number:** [redacted]
**LIMS Number:** 2023-SFL7-04102

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | N-Phenyl-N-[1-(2-phenylethyl)<br>-4-piperidinyl]propanamide (Fentanyl) | Residue | ---- | ---- |
| 1 | Acetaminophen | | ---- | ---- |

**Remarks:**

## Exhibit Details:

**Date Accepted by Laboratory:** 08/15/2023 **Gross Weight:** 42.2 g **Date Received by Examiner:** 08/22/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 1 | None | Residue | Residue |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

Fentanyl and acetaminophen identified in all unit(s) received.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced case number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the Laboratory Report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number.

Refer to this laboratory report associated with the subject case number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure.

GOVERNMENT EXHIBIT 24
CR 23-80-GF-BMM

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Radhiyah Himawan, Forensic Chemist **Date:** 08/23/2023
**Approved By:** /S/ Jason J. Henninger, Senior Forensic Chemist **Date:** 08/25/2023

**Montana Department of Justice**
**Forensic Science Division**
2679 Palmer Street, Missoula, MT 59808
Ph. 406-728-4970 Fax 406-549-1067

MIKE BROWN
GLACIER COUNTY CORONER
28 - 6th AVE.
CUT BANK, MT 59427

**Lab Case #: FSD-22-008128**
Agency Case #: 2200000549
Autopsy #: 22432
**SUBJECT:** [redacted]

**CC:**
ALDO FUSARO

# TOXICOLOGY REPORT

**EVIDENCE:**

| Item | | | |
|---|---|---|---|
| 001 | TOX KIT - [redacted] | Received: | 11/21/22 |
| 001.01 | Femoral Blood - grey top | Received: | 11/22/22 |
| 001.02 | Femoral Blood - grey top | Received: | 11/22/22 |
| 001.03 | Heart Blood - grey top | Received: | 11/22/22 |
| 001.04 | Heart Blood - grey top | Received: | 11/22/22 |
| 001.05 | Vitreous - red top | Received: | 11/22/22 |
| 001.06 | Urine - grey top | Received: | 11/22/22 |

**DRUG SCREENS PERFORMED:**
BLOOD ALCOHOL, BLOOD BASIC DRUG SCREEN, BLOOD ACID/NEUTRAL DRUG SCREEN, BLOOD ELISA, URINE ELISA, URINE BASIC DRUG SCREEN, URINE BENZODIAZEPINE SCREEN, BLOOD OPIATE SCREEN

**ALCOHOL AND VOLATILE CONFIRMATIONS:**

| Analyte | Result | Instrument | Evidence Item | Analyst | Notes |
|---|---|---|---|---|---|
| ETHANOL - NONE DETECTED | N/A | HS/GC | 001.01 Femoral Blood - grey top | Trochta | |

**DRUG CONFIRMATIONS:**

| Analyte | Result | Instrument | Evidence Item | Analyst | Notes |
|---|---|---|---|---|---|
| FENTANYL | 8.9 NG/ML | LC/MS/MS | 001.01 Femoral Blood - grey top | Schlueter | |
| IBUPROFEN | DETECTED | GC/MS | 001.01 Femoral Blood - grey top | Schlueter | |
| FENTANYL | DETECTED | GC/MS | 001.06 Urine - grey top | Lawson | |
| HYDROCODONE | DETECTED | GC/MS | 001.06 Urine - grey top | Lawson | |

No confirmatory cannabinoid testing was conducted. To request confirmation, email dojtox@mt.gov

GOVERNMENT EXHIBIT
25
CR 23-80-GF-BMM

Date of Report: 01/24/2023

ERIC MILLER
TOXICOLOGIST

GAVIN LAWSON
TOXICOLOGIST

SCOTT SCHLUETER
TOXICOLOGIST

AMBER TROCHTA
TOXICOLOGIST

**The signature(s) on this report reflect the authorizer(s) of the report. Other analysts may have performed testing. Please review the "Analyst" column on the report for witness information.**

**PLEASE NOTE:** All biological specimens or other items that were submitted to the Toxicology Section in this case will be retained at this Laboratory for a period of one year from the date received at which time they will be destroyed; unless or until we receive a letter from your office stating what other action you may require. All concentrations are expressed as the expanded uncertainty at a coverage probability of 95.45% using a coverage factor of *k*=2. The Toxicology Section will provide the measurement uncertainty for all other drugs upon request. Caffeine, Nicotine, and Cotinine are not reported by the laboratory unless specified by the Toxicology Supervisor. Isomers were not determined unless specifically listed. Drug screen information and cut-off values can be found under Toxicology on DOJMT.GOV/CRIME. For further inquiry, please contact the Toxicology Section at DOJTOX@mt.gov.

RECEIVED 2-28-23

STATE OF MONTANA
**DEPARTMENT OF JUSTICE**
FORENSIC SCIENCE DIVISION

2679 Palmer Street
Missoula, MT 59808

1516 4th Avenue North, Ste 1
Billings, MT 59101

## AUTOPSY REPORT

**CASE NUMBER:** 22-432

**NAME:** [redacted]

**EXAM TYPE:** AUTOPSY **COUNTY:** GLACIER

**AGE:** 49 **RACE:** NATIVE AMERICAN **GENDER:** MALE

**EXAMINATION DATE:** 11/21/2022

**PERFORMED BY:** ALDO J. FUSARO, D.O.

**AUTOPSY ASSISTANT:** HEATHER KRELL

**FINAL DIAGNOSES**

I. Acute fentanyl intoxication

GOVERNMENT EXHIBIT
26
CR 23-80-GF-BMM

22-432
[redacted]

**CAUSE OF DEATH:** ACUTE FENTANYL INTOXICATION

**MANNER OF DEATH:** ACCIDENT

**OPINION:** The decedent was taking pain medication status post a dental procedure. According to relatives, he was talking progressively more slowly and appeared sleepy per reportage prior to being found. At examination, evidence of dental procedure in the maxilla was identified. No associated complications from that were found. Hypertensive and atherosclerotic cardiovascular disease were found as well as hepatomegaly with fatty change. Toxicology reveals acute intoxication. This 49-year-old male died as a result of acute fentanyl intoxication. The manner of death is accident.

Aldo J. Fusaro, D.O.
Montana State Medical Examiner

January 24, 2023
Date Signed

## EXTERNAL EXAMINATION

The body is received in an unsealed black plastic body bag and is wearing the following clothing items:

1. One pair of gray loafers.
2. One pair of black socks.
3. One pair of gray underwear.
4. One pair of blue jeans with a brown belt.
5. One black T-shirt.

The body is that of a normally-developed, adult male who appears Native American in ethnicity, measuring 67 inches in length, weighing 185 pounds and appearing older than the recorded age of 49 years.

The body is cold to touch after refrigeration. Rigor mortis is receding and present moderately in the extremities. Lividity is fixed and present posteriorly.

The scalp hair is gray-brown, straight and extends up to 1 inch from the scalp surface. The eyes are closed. The irides are congested and the corneae are clear. The skeleton of the nose, the maxilla and the mandible are intact to palpation. The lips and frenula are intact. The teeth are natural. Two yellow metal posts are present within the maxilla which appear firmly in place. No hemorrhage or evidence of infection is seen. The ears are normally formed and set. The neck is not hypermobile.

The chest, abdomen, back and buttocks are symmetrically formed and without injury. The genitalia are that of an adult male. The anus contains a large of brown stool.

The upper and lower extremities are symmetrically formed and without injury. The fingernails extend up to 0.1 inch from the nail beds and the toenails are present at the level of the nail beds.

## INTERNAL EXAMINATION

BODY CAVITIES: The body is entered via a Y-shaped incision. All organs are present in their usual anatomical positions. No abnormal accumulations of fluid or fibrous adhesions are present. The periumbilical fat pad thickness measures 3 cm.

CARDIOVASCULAR SYSTEM: The heart weighs 582 grams and contains a glistening capsule with one anteriorly placed "soldier's plaque" in the epicardium. The coronary arteries are right dominant and contain atheromatous disease narrowing the left anterior descending coronary artery by 75-90% and the right main coronary artery by up to 75%.

Cut surfaces through the myocardium reveal no areas of scarring or acute myocardial infarct. The valves are normal in configuration and all leaflets are freely movable. The aorta is intact and contains focally calcific atheromatous disease at the level of the iliac bifurcation.

RESPIRATORY SYSTEM: The right lung weighs 659 grams and the left 602 grams. The pleural surfaces of both lungs are glistening and without anthracotic pigment deposition. Cut surfaces are congested posteriorly and pink and crepitant anteriorly.

HEPATOBILIARY SYSTEM: The liver weighs 2387 grams and contains a glistening capsule. The cut surfaces are mottled red-brown-yellow consistent with fatty change. Some chronic passive congestion is also identified. No masses are present. The gallbladder contains 5 mL of green viscous bile. One ovoid 1.3 cm calculus is identified.

GASTROINTESTINAL SYSTEM: The esophagus and gastroesophageal junction are intact. The stomach contains 300 mL of thick food material without discernible pill fragments. The small and large intestines contain unremarkable external surfaces. The appendix is present and without gross inflammation.

HEMOLYMPHATIC SYSTEM: The spleen weighs 232 grams and contains a glistening capsule with red-maroon cut surfaces. The thymus is involuted and replaced by adipose tissue. The lymph nodes where appreciated are unremarkable.

ENDOCRINE SYSTEM: The pancreas, thyroid gland, adrenal glands and pituitary gland contain unremarkable external and cut surfaces.

GENITOURINARY SYSTEM: The right kidney weighs 166 grams and the left kidney weighs 159 grams. The capsules of both kidneys strip easily. The cortical surfaces are smooth, the corticomedullary junctions are indistinct and the renal pelves are nondilated. The ureters insert into an unremarkable bladder which contains 200 mL of clear yellow urine. The prostate and testes are unremarkable.

MUSCULOSKELETAL SYSTEM: The skeleton is intact, without fractures or deformity. The red-brown musculature is unremarkable.

NECK ORGANS: The bony and cartilaginous structures of the neck are intact.

HEAD AND CENTRAL NERVOUS SYSTEM: The scalp is without injury. The skull is intact. No epidural, subdural or subarachnoid hemorrhage is present. The brain weighs 1450 grams. The parasagittal meninges appear clouded but nonpurulent. Cut surfaces are congested and uniform. The brain is symmetric without evidence of infectious

process, mass or trauma. The skull base has the expected anatomic features. The cervical spinal cord, when viewed through the foramen magnum, is unremarkable.

**SPECIMENS**

Submitted for toxicological analyses are samples of blood, urine and vitreous humor.

Representative sections are retained in formalin.

**TOXICOLOGIC EXAMINATION**

This will be issued in a separate report.

**MICROSCOPIC EXAMINATION**

| | |
|---|---|
| HEART: | Myocyte hypertrophy |
| CORONARY ARTERY: | Atheromas present with up to 75% narrowing and microcalcifications |
| LUNGS: | Marked congestion, no pneumonia seen, focal anthracotic and hemosiderin pigments present |
| LIVER: | Mild mixed steatosis |
| KIDNEYS: | Autolysis |
| BRAIN: | Cerebellum without pathologic diagnosis, parietal meninges with fibrosis, no inflammation seen |




GOVERNMENT EXHIBIT
27
CR 23-80-GF-BMM


wondering if you were able make trip here maybe Friday
Possibly, do You have money your trying to spend?
How much 1/2 boat goes
and 500 for 1/2 boat
1/2 boat is 5 rolls. Lol that is 1500
300 a roll but if I have to bring it to you I want 400 a roll
For 1/2 boat I want and you will charge me $1,500
If I have to bring it to you it will be 2000
If you come to me it will be 1500
Ok all I want is 1/2 boat and 1 roll that's $ 2,400 you'll charge me
Yes sir


Montana Boss
If I have to bring it to you it will be 2000
If you come to me it will be 1500
Ok all I want is 1/2 boat and 1 roll that's $ 2,400 you'll charge me
Yes sir
Ok and you will come Friday
If you want I can come today
Ok sounds good to Browning
You want me to come today? You have the cash
If so I will leave now
Come today and I'll have $ 2,400 waiting for you
Got it. I am going to take a shower and head to you
Ok thanks


Montana Boss
Tue, Nov 29
Hello bro did you get 500 in bag
395 in bag
400 in one 300 in the other
700 total
Wasn't we supposed to get 500 in half boat
I gave you two bags. One bag had 400 and the other bag had 300.
That is 700
You paid for 700
1 bag had 395
500 +100+100=700
I gave you 1,500 for half boat
I gave you 700
Just like you paid for
iMessage

[redacted]

+14064700700 Malitare Doug
Catch up with you lil bit bro, you looking
11/18/2022 23:56:30(UTC+0)

+14064700700 Malitare Doug
Yeah I'll be home. Just got off work. I can only afford a half if you can stop by.
11/19/2022 00:06:26(UTC+0)

+14064700700 Malitare Doug
Watch for me
11/19/2022 00:26:39(UTC+0)

+14064700700 Malitare Doug
Ok
11/19/2022 00:32:44(UTC+0)

+14064700700 Malitare Doug
How you doing bro
11/19/2022 00:59:48(UTC+0)

+14064700700 Malitare Doug
Hello bro
11/19/2022 05:25:08(UTC+0)

EXHIBIT
tabbies
30